155 A.3d 441

**LIGHTY, Randy**

**v.**

**SECRETARY, DEPT. OF PUBLIC SAFETY & CORRECTIONAL SERVICES**

**Pet. Docket No. 538, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Dismissed by the Court of Special Appeals (No. 1189, Sept. Term, 2016).

Petition for writ of certiorari dismissed

■

155 A.3d 441

**MCKIE, Willie Edward**

**v.**

**STATE of Maryland**

**Pet. Docket No. 508, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2751, Sept. Term, 2015).

Petition for writ of certiorari denied